# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH C. MAHANEY,<br><br>        Defendant. | No. 1:16-PO-0081 SAB<br><br>**DETENTION ORDER**<br>(Violation of Unsupervised Probation) |

      The defendant having been arrested for alleged violation(s) of the terms and conditions of probation; and

      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

      This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated: __December 11, 2017__               ___/s/ Barbara A. McAuliffe___
                                                            UNITED STATES MAGISTRATE JUDGE